COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Julia R. Jensen v. Sharon Garcia

Appellate case number:   01-16-00732-CV

Trial court case number: 2014-39197

Trial court:             295th District Court of Harris County

The record in this appeal was originally due on October 19, 2016. The clerk's record was filed on October 25, 2016, but the reporter's record has not been filed. On October 26, 2016, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not (1) requested a reporter's record or (2) paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless she provided written evidence that she has paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by November 28, 2016, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant failed to respond to the notice.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                   Acting individually


Date:  December 29, 2016